In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Establishing a Public Beach, between the Southerly Prolongation of the Easterly Side of Ocean Parkway and the Prolongation of the Westerly Line of West Thirty-seventh Street, as Said Public Beach was Laid Out upon the Map or Plan of The City of New York by Resolution Adopted by the Board of Estimate and Apportionment on the 16th day of July, 1920, and as Amended by an Order of the Supreme Court, Dated September 28, 1921, and Entered in the Office of the Clerk of the County of Kings on September 29, 1921, in the Borough of Brooklyn, City of New York. WEST TENTH STREET REALTY CORPORATION, Appellant.— Decree, in so far as appealed from, unanimously affirmed, with costs. The court is of opinion that the conclusion was correct upon the basis that the land for which claim is made was lost and not claimed or regained prior to this proceeding. (Matter of City of New York [Public Beach], 230 App. Div. 299.) Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

SARA KLEIN, Appellant, v. MUNCH BREWERY BOTTLING DEPT., INC., and Others, Respondents, and Others, Defendants.— Order dismissing complaint for lack of prosecution and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and judgment vacated. Under the facts presented upon the motion, we think the discretion of the learned justice at Special Term was improperly exercised. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.

EDITH LEWIS, Plaintiff, v. AMOS T. BINGHAM and Others, Defendants. WILLIAM E. SKILLMAN, Purchaser, Appellant; ELIZABETH BASS, Referee, Respondent.— Order directing the purchaser, Skillman, to take title affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

GIOVANNI LOIACONO, Respondent, v. PERMANENT MORTGAGE CORPORATION, Appellant.— Order denying defendant's motion to dismiss complaint under rule 107, subdivision 7, Rules of Civil Practice, affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

SIMON F. O'CONNELL, Respondent, v. MARION E. MONIZ and RAYMOND T. MONIZ, Appellants.— Order and judgment reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the counterclaim in the defendants' answer sets up a good cause of action for fraud and deceit which is supported by the opposing affidavits, and issues of fact are presented which entitle defendants to a trial. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.